1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   LYMAN LYNN SIMS, Sr.,                    No. C-09-1348 TEH (PR)

9                Petitioner,
                                            ORDER GRANTING RESPONDENT'S
10          v.                              REQUEST TO WITHDRAW MOTION TO
                                            DISMISS AND FOR EXTENSION OF
11  LARRY SMALL, Warden,                    TIME TO FILE ANSWER

12              Respondent.                 (Doc. #9)

13  _____/

14

15          Good cause appearing, Respondent's request to withdraw the

16  Motion to Dismiss, filed on June 26, 2009, is GRANTED.

17          Further good cause appearing, Respondent's request for an

18  extension of time to file an Answer is GRANTED.  Respondent shall

19  file an Answer by no later than October 5, 2009.  No further

20  extensions of time will be granted.

21

22          IT IS SO ORDERED.

23

24  DATED     08/06/09                      _____
                                            THELTON E. HENDERSON
25                                          United States District Judge

26

27

28  G:\PRO-SE\TEH\HC.09\Sims-09-1348-eot-1 answer.wpd

**United States District Court**
For the Northern District of California